# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: MODIFICATION OF THE:
MAGISTERIAL DISTRICTS WITHIN
THE 7th JUDICIAL DISTRICT OF
THE: COMMONWEALTH OF
PENNSYLVANIA

NO: 414

MAGISTERIAL RULES DOCKET

## ORDER

**PER CURIAM**

    **AND NOW,** this 21st day of April, 2017, upon consideration of the Request of the President Judge of Seventh Judicial District (Bucks County) to eliminate Magisterial Districts 7-2-03 and 7-1-06 and realign Magisterial Districts 7-1-07, 7-2-05 and 7-2-08 of the Seventh Judicial District (Bucks County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Request is granted. This Order is effective January 1, 2018. The judgeships for Magisterial Districts 7-2-03 and 7-1-06 shall not appear on the ballot for the 2017 municipal election. The Order of April 24, 2013 and Amended Order of July 3, 2013, shall remain in effect in all other respects.

    The realigned Magisterial Districts shall be as follows:

Magisterial District 07-1-07
Magisterial District Judge Daniel E.
Baranoski

Hulmeville Borough
Langhorne Borough
Langhorne Manor Borough
Penndel Borough
Lower Southampton Township
Middletown Township (Voting Districts
Lower 1, 2, and 13; Upper 2 & 4)

| | |
|---|---|
| Magisterial District 07-2-05<br>Vacant | Quakertown Borough<br>Richlandtown Borough<br>Trumbauersville Borough East<br>East Rockhill Township<br>Milford Township<br>Richland Township<br>West Rockhill Township |
| Magisterial District 07-2-08 Magisterial District Judge Regina Armitage-Smith | Chalfont Borough<br>New Britain Borough<br>Perkasie Borough<br>Sellersville Borough<br>Silverdale Borough<br>Telford Borough<br>Hilltown Township<br>New Britain Township |